AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>ELI TAIEB<br><br>Defendant(s) | )<br>)<br>)  Case No.   1:19mj3192<br>)<br>)<br>)<br>) |

**FILED**

5:13 pm Jul 19 2019
**Clerk U.S. District Court
Northern District of Ohio
Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2, 2019 thru July 19, 2019__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C., Section 1349 | Conspiracy to Commit Securities Fraud |
| 18 U.S.C., Section 1348 | Securities Fraud |
| 18 U.S.C., Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated herein by reference

☑ Continued on the attached sheet.

_Complainant's signature_

Anthony Fry, Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 5:07 PM, Jul 19, 2019

_Judge's signature_

City and state: Cleveland, Ohio

Thomas M. Parker, U.S. Magistrate Judge
*Printed name and title*