BNDDUTY,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:19-mj-03165-LFL All Defendants

Case title: USA v. Taieb

Date Filed: 07/23/2019
Date Terminated: 07/23/2019

Assigned to: Magistrate Judge Lauren Fleischer Louis

### Defendant (1)

**Eli Taieb**
18278-104
*YOB: 1974; ENGLISH*
*TERMINATED: 07/23/2019*

represented by **Daniel S. Gelber**
Gelber Schachter & Greenberg, P.A.
1221 Brickell Avenue
Suite 2010
Miami, FL 33131
305-728-0950
Fax: 305-728-0951
Email: dgelber@gsgpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Pending Counts**           **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**        **Disposition**
None

## Highest Offense Level (Terminated)

None

## Complaints

18:U.S.C.§1349 CONSPIRACY TO COMMIT SECURITIES FRAUD; 18:U.S.C.§1348 SECURITIES FRAUD; 18:U.S.C.§1343 WIRE FRAUD

## Disposition

## Plaintiff

**USA** represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2019 | 1 | Magistrate Removal of Complaint And Arrest Warrant from Northern District of Ohio (Cleveland) Case number in the other District 1:19-MJ-3192-TMP as to Eli Taieb (1). (at) (Entered: 07/23/2019) |
| 07/23/2019 | 2 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Eli Taieb held on 7/23/2019. Bond set: Eli Taieb (1) Stipulated $1,000,000.00 Psb. Date of Arrest or Surrender: 7/23/19. Attorney added: Daniel S. Gelber for Eli Taieb (Digital 14:00:05) Signed by Magistrate Judge Lauren Fleischer Louis on 7/23/2019. (cg1) (Entered: 07/24/2019) |
| 07/23/2019 | 3 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Daniel S. Gelber appearing for Eli Taieb (cg1) (Entered: 07/24/2019) |
| 07/23/2019 | 4 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Eli Taieb (cg1) (Entered: 07/24/2019) |
| 07/23/2019 | 5 | |

| | | |
|---|---|---|
| | | ORDER OF REMOVAL ISSUED to the Northern District of Ohio as to Eli Taieb. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 7/23/2019. *See attached document for full details.* (cg1) (Entered: 07/24/2019) |
| 07/23/2019 | 6 | $1,000,000.00 PSB Bond Entered as to Eli Taieb Approved by Magistrate Judge Lauren Fleischer Louis. *Please see bond image for conditions of release.* (cg1) (Additional attachment(s) added on 7/24/2019: # 1 Restricted Bond with 5th Page) (ch1). (Entered: 07/24/2019) |
| 07/24/2019 | 7 | Notice of Criminal Transfer to Northern District of Ohio of a Rule 5 or Rule 32 Initial Appearance as to Eli Taieb. Your case number is: 1:19mj3192. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court*: *If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (cg1) (Entered: 07/24/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/25/2019 09:06:11 | | | |
| **PACER Login:** | cmwoodford:4604162:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-mj-03165-LFL |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |