AO 442 (Rev. 11/11) Arrest Warrant

FBI: 10936701

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2019 JUL 25 PM 12: 5[?]
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| United States of America<br>v.<br>ELI TAIEB<br><br>Defendant | )<br>)  Case No.   1:19mj3192<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ELI TAIEB
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Securities Fraud)
18 U.S.C. § 1348 (Securities Fraud)
18 U.S.C. § 1343 (Wire Fraud)

Date:   07/19/2019

*Issuing officer's signature*

City and state:   Cleveland, Ohio

Thomas M. Parker, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  07/22/2019 , and the person was arrested on *(date)*  07/22/2019
at *(city and state)*

Date:  07/23/2019

*Arresting officer's signature*

C. Dockens/USMS
*Printed name and title*