IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG - 2 2019
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-mj-03192 |
| Plaintiff, | MAGISTRATE JUDGE THOMAS M. PARKER |
| v. | |
| ELI TAIEB, | **WAIVER OF PRELIMINARY HEARING** |
| Defendant. | |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing and consent that the proceedings may be bound over to the grand jury.

_____
Defendant

_____
Counsel for Defendant

Approved: _____
Thomas M. Parker
United States Magistrate Judge

Dated: August 2, 2019